PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00203-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, SET TRIAL, AND EXCLUDE TIME** |
| JESUS ALEJANDRO LOPEZ, | |
| Defendant. | |

The parties stipulate as follows:

1. A grand jury charged the defendant by indictment, as being a felon in possession of a firearm and ammunition in violation of 18 U.S.C. § 922(g)(1) on October 19, 2023. The defendant was arraigned the next day and was detained.

2. The government produced initial discovery on October 27, 2023, and supplemental discovery on February 1, 2024. On September 19, 2024, the government extended a plea offer to defense counsel. That offer is still open.

3. Currently, a status conference is set for November 6, 2024.

4. On October 16, 2024, the Court ordered the parties stipulate to setting a trial date.

5. Now, the parties have met and conferred and agree to set this case for trial on April 22, 2025, and to exclude time to that date. This date has been cleared with the court's clerk. The parties

1 anticipate the trial will last 3 days. The parties also agreed to continue the status conference until February 5, 2025. The parties also agree that good cause exists for the continuance because the extension is required to allow the defendants reasonable time to complete his review of the discovery, reasonable time for preparation, and to fully consider a pre-trial resolution of the case.

6. The parties agree that the interests of justice served by excluding time until trial and granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. The parties also agree that the period from November 6, 2024, through April 22, 2025, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  October 30, 2024                                  PHILLIP A. TALBERT
                                                          United States Attorney


                                                          */s/ Cody Chapple*
                                                          Cody Chapple
                                                          Assistant United States Attorney


Dated:  October 30, 2024                                  */s/ Reed Grantham*
                                                          Reed Grantham
                                                          Office of the Federal Defender
                                                          Counsel for Jesus Alejandro Lopez

**ORDER**

The Court finds good cause for the continuance and the trial setting on April 22, 2025, to allow time for the defense to complete a review of the discovery, time for preparation, and time to consider a pre-trial resolution of the case.

For good cause shown,

1. The trial date is set for **April 22, 2025, at 8:30 a.m. before District Judge Jennifer L. Thurston**, for a three-day trial as to defendant Jesus Alejandro Lopez;

2. The status conference is continued from November 6, 2024, until **February 5, 2025, at 1:00 p.m. before Magistrate Judge Sheila K. Oberto**.; and

2. The period from November 6, 2024, through April 22, 2025, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv) for the reasons set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated:   **October 31, 2024**                      /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE