MICHELE BECKWITH
Acting United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00203-JLT-SKO |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE TRIAL DATE, CONTINUE STATUS CONFERENCE, AND EXCLUDE TIME; AND ORDER** |
| JESUS ALEJANDRO LOPEZ, | |
| Defendant. | |

The parties stipulate as follows:

1. A grand jury indicted the defendant on October 19, 2023. The defendant was arraigned the next day and was detained.

2. The government produced initial discovery on October 27, 2023, and supplemental discovery on February 1, 2024. On September 19, 2024, the government extended a plea offer to defense counsel. That offer is still open.

3. On October 31, 2024, the Court set a trial date on April 22, 2025, and excluded time to that date. A status conference is currently set for February 5, 2025. On December 5, 2024, the Court informed the parties that the April 22, 2025, date was no longer available and asked the parties to coordinate another trial date.

4. Now, the parties have met and conferred and agree to continue the trial date to July 15,

1

2025, and to exclude time to that date. This date has been cleared with the court's clerk. The parties anticipate the trial will last 3 days. The parties further agree to continue the February 5, 2025, status conference to April 16, 2025. The parties also agree that good cause exists for the continuance because the extension is required to allow the defendants reasonable time to complete his review of the discovery, reasonable time for preparation, and to fully consider a pre-trial resolution of the case.

5. The parties agree that the interests of justice served by excluding time until trial and granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. The parties also agree that the period from April 22, 2025, through July 15, 2025, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: January 22, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorney

Dated: January 22, 2025

*/s/ Reed Grantham*
Reed Grantham
Office of the Federal Defender
Counsel for Jesus Alejandro Lopez

**ORDER**

The Court has read and considered the parties' stipulation to continue the trial date, continue the status conference, and exclude time. The Court finds there is good cause for the continuance so as to allow the defendants reasonable time to complete their review of the discovery, reasonable time for preparation, and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance and setting trial outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The trial date on April 22, 2025, is **vacated**.
2. The trial date is reset for **July 15, 2025, at 9:30 a.m. before District Judge Jennifer L. Thurston**, for a three-day trial as to defendant Jesus Alejandro Lopez;
3. The status conference set for February 5, 2025, is continued to **April 16, 2025, at 1:00 pm before U.S. Magistrate Judge Shiela K. Oberto**.
4. The period from April 22, 2025, through July 15, 2025, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **January 22, 2025**

UNITED STATES DISTRICT JUDGE