1  MICHELE BECKWITH
   Acting United States Attorney
2  CODY S. CHAPPLE
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00203-JLT-SKO

12 | Plaintiff, |

13 | v. | **STIPULATION TO VACATE TRIAL DATE, VACATE STATUS CONFERENCE, AND SET A CHANGE OF PLEA; AND ORDER**

14 | JESUS ALEJANDRO LOPEZ, |

15 | Defendant. |

16

17     The parties stipulate as follows:

18     1.     A grand jury indicted the defendant on October 19, 2023. The defendant was arraigned and
19 detained the next day.

20     2.     The government produced initial discovery on October 27, 2023, and supplemental
21 discovery on February 1, 2024. On September 19, 2024, the government extended a plea offer to defense
22 counsel. That offer was open until February 12, 2025.

23     3.     On January 23, 2025, the Court set a trial date for July 15, 2025, and excluded time to that
24 date. A status conference is currently set for April 16, 2025.

25     4.     On February 12, 2025, the defendant rejected the government's offer. On February 24,
26 2025, the defendant reached out to the government to set an open change of plea on March 10, 2025. The
27 defendant intends to plead guilty to the charges in the indictment and admit the forfeiture allegation.

28     5.     Now, the parties have met and conferred and agree to vacate the trial date on July 15, 2025,

                                           1

and the status conference on April 16, 2025, and set a change of plea hearing on March 10, 2025, before the Honorable Jennifer L. Thurston. This date has been cleared with the court's clerk.

     IT IS SO STIPULATED.

Dated:  February 28, 2025            MICHELE BECKWITH
                                                     Acting United States Attorney

                                                    */s/ Cody Chapple*
                                                    Cody Chapple
                                                    Assistant United States Attorney

Dated:  February 28, 2025            */s/ Reed Grantham*
                                                    Reed Grantham
                                                    Office of the Federal Defender
                                                    Counsel for Jesus Alejandro Lopez

**ORDER**

The Court has read and considered the parties' stipulation to vacate the trial date and status conference, and set a change of plea hearing.

Therefore, for good cause shown:

1. Pursuant to the parties' stipulation, Defendant intends to plead guilty to the charges in the indictment and admit the forfeiture allegation. Accordingly, a Change of Plea Hearing will be set on **March 10, 2025, at 9:00 am before District Judge Jennifer L. Thurston**.
2. The status conference on April 16, 2025, is **vacated**.

IT IS SO ORDERED.

Dated:     **February 28, 2025**                    /s/ *Sheila K. Oberto*
                                                                               UNITED STATES MAGISTRATE JUDGE