MICHELE BECKWITH
Acting United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00203-JLT-SKO |
| Plaintiff, | |
| v. | **STIPULATION TO VACATE TRIAL DATE, VACAE STATUS CONFERENCE, AND SET A CHANGE OF PLEA; AND ORDER** |
| JESUS ALEJANDRO LOPEZ, | |
| Defendant. | |

The parties stipulate as follows:

1. A grand jury indicted the defendant on October 19, 2023. The defendant was arraigned and detained the next day.

2. The government produced initial discovery on October 27, 2023, and supplemental discovery on February 1, 2024. On September 19, 2024, the government extended a plea offer to defense counsel. That offer was open until February 12, 2025.

3. On January 23, 2025, the Court set a trial date for July 15, 2025, and excluded time to that date. A status conference is currently set for April 16, 2025.

4. On February 12, 2025, the defendant rejected the government's offer. On February 24, 2025, the defendant reached out to the government to set an open change of plea on March 10, 2025. The defendant intends to plead guilty to the charges in the indictment and admit the forfeiture allegation.

5. Now, the parties have met and conferred and agree to vacate the trial date on July 15, 2025,

1

and the status conference on April 16, 2025, and set a change of plea hearing on March 10, 2025, before the Honorable Jennifer L. Thurston. This date has been cleared with the court's clerk.

IT IS SO STIPULATED.

Dated: February 28, 2025                     MICHELE BECKWITH
                                             Acting United States Attorney


                                             */s/ Cody Chapple*
                                             Cody Chapple
                                             Assistant United States Attorney


Dated: February 28, 2025                     */s/ Reed Grantham*
                                             Reed Grantham
                                             Office of the Federal Defender
                                             Counsel for Jesus Alejandro Lopez

2

**ORDER**

The Court has read and considered the parties' stipulation to vacate the trial date and status conference and set a change of plea hearing. Therefore, for good cause shown:

1. The trial date on July 15, 2025, is **vacated**.

2. The status conference on April 16, 2025, is **vacated**.

3. A Change of Plea Hearing will be set on **March 10, 2025, at 9:00 am before District Judge Jennifer L. Thurston**.

IT IS SO ORDERED.

Dated:   **February 28, 2025**

UNITED STATES DISTRICT JUDGE

3