HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JESUS LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JESUS LOPEZ,<br><br>　　　　　Defendant. | Case No. 1:23-cr-00203-JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Cody Chapple, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Jesus Lopez, that the sentencing hearing currently scheduled for June 23, 2025, may be continued to August 18, 2025, at 9:00 a.m.

　　　　Mr. Lopez entered a plea of guilty to Count 2 of the Indictment on March 10, 2025. *See* Dkt. #65. The matter was then scheduled for sentencing on June 23, 2025. *See* Dkt. #65. The draft Presentence Investigation Report (PSR) was filed on May 13, 2025, *see* Dkt. #66, and a final PSR was issued on June 2, 2025, *see* Dkt. #67. In light of changes made to the draft PSR that were memorialized in the final PSR, counsel for Mr. Lopez requires additional time to research and look into several legal issues relevant to the sentencing guidelines. Additionally, counsel for Mr. Lopez has a scheduled trial beginning July 8, 2025. In order to provide sufficient

time and opportunity to be adequately prepared for sentencing in this matter, counsel for Mr. Lopez is requesting that sentencing in this matter be continued to August 18, 2025.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties, including the probation officer who prepared the PSR in this matter. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 5, 2025          /s/ Reed Grantham
                            REED GRANTHAM
                            Assistant Federal Defender
                            Attorney for Defendant
                            JESUS LOPEZ


MICHELE BECKWITH
Acting United States Attorney

Date: June 5, 2025          /s/ Cody Chapple
                            CODY CHAPPLE
                            Assistant United States Attorney
                            Attorney for Plaintiff


**O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Monday, June 23, 2025, at 9:00 a.m. be continued to Monday, August 18, 2025, at 9:00 a.m.

IT IS SO ORDERED.

Date: June 6, 2025

Hon. Jennifer L. Thurston
United States District Judge